IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMAINE ROGERS,

    Plaintiff,                                    ORDER

v.

                                          Case No. 15-cv-765-wmc

JOHN ASHWORTH, et al.

    Defendants.

Plaintiff Jermaine Rogers has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than December 23, 2015. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Jermaine Rogers may have until December 23, 2015 to submit a trust fund account statement for the period beginning approximately May 24, 2015 and ending approximately November 24, 2015. If, by December 23, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 1st day of December, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge