# EXHIBIT FORM

| EXHIBIT (S) OF<br><br>DEFENDANT NATHANIEL CHRISTENSEN<br><br>───────────────<br>(Indicate plaintiff or defendant) | JERMAINE ROGERS<br><br>v.    Case No. 15-CV-0765-slc<br><br>JOHN ASHWORTH, et al. | | |
|---|---|---|---|
| **Date** | **Identification** | **Description** | **Offers, Objections,** |
|  | **No.**     **Witness** |  | **Rulings, Exceptions** |
|  | 501 | Cell Inspection Logs for Housing Unit DS-1 |  |
|  | 502 | Plaintiff's Health and Psychological Rounds Record |  |
|  | 503 | Plaintiff's March 6, 2012, Psychiatric Contact Record |  |
|  | 504 | Plaintiff's Health Services Unit Records |  |
|  | 505 | Unit Logbook for DS-1 |  |
|  | 506 | Transfer Logbook for DS-1 |  |
|  | 507 | Photos of Cell 34 and the layout of DS-1 unit, including map layout of DS-1 |  |
|  | 508 | Plaintiff's Offender Complaint |  |
|  | 509 | Plaintiff's Interview/Information Requests |  |
|  | 510 | Plaintiff's Incident Report from February 29, 2012 |  |
|  | 511 | Conduct Report Number 2160398 |  |
|  | 512 | Conduct Report Number 2160400 |  |
|  | 513 | Declaration of James Smith |  |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 514 | | Declaration of Leycester Zissler | |